WALTER F. HAIGHT, Respondent, v. ANACONDA COPPER MINING COMPANY et al., Defendants, and MICHAEL J. MEEHAN et al, Defendants-Appellants.—

No opinion. The date for the examination to proceed to be fixed in the order. Settle order on notice. Present — Martin, P. J., Townley, Glennon, Cohn and Callahan, JJ.

MARY W. ROSOFF, Respondent, v. STANLEY ROSOFF, Appellant.

No opinion. Present — Martin, P. J., Townley, Glennon, Cohn and Callahan, JJ.

SOUTHERN CONVERTING COMPANY, Respondent, v. RICHARD NATHAN CORPORATION, Appellant.—

No opinion. The date for the examination to proceed to be fixed in the order. Settle order on notice. Present — Martin, P. J., Townley, Glennon, Cohn and Callahan, JJ.

In the Matter of the Accounting of GUARANTY TRUST COMPANY OF NEW YORK, as Executor of ALICE B. SHANBACKER, Deceased. NEW YORK WOMEN'S LEAGUE FOR ANIMALS et al., Appellants; GUARANTY TRUST COMPANY OF NEW YORK, as Executor of ALICE B. SHANBACKER, Deceased, et al., Respondents.—

No opinion. Present — Martin, P. J., Untermyer, Dore, Cohn and Callahan, JJ.

ISAAC ALTMAN, Appellant, v. NATHAN FINKEL et al., Respondents.—

No opinion. Present — Martin, P. J., Untermyer, Dore, Cohn and Callahan, JJ.

ERNEST E. SUNDHEIMER, Appellant, v. BENJAMIN MILLER, Respondent.—

Present — Martin, P. J., Untermyer, Dore, Cohn and Callahan, JJ.

ANNA H. FRIEDENBERG, Appellant, v. WILLIAM S. EVANS, Respondent.— No opinion. Present — Martin, P. J., Untermyer, Dore and Callahan, JJ.

INDEPENDENT ELECTRIC LIGHTING CORPORATION, Appellant, v. NINA L. WARBURG, Respondent. No opinion. Present — Martin, P. J., Untermyer, Dore, Cohn and Callahan, JJ.

CLARA I. GOLDSTONE, Respondent, v. WALTER STAGES, INC., et al., Appellants.—

No opinion. Settle order on notice. Present — Martin, P. J., Untermyer, Dore, Cohn and Callahan, JJ.